No. 1,912.—STATE, RESPONDENT, *v.* LENNOX, APPELLANT.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

On motion to dismiss appeal.

Decided October 13, 1903.

Per Curiam.—It is ordered and adjudged that the appeal herein stand dismissed, *provided* that, if the defendant returns to the jurisdiction and deliver himself to custody on or before November 13, 1903, the appeal may be reinstated. The remittitur will be withheld until that date.

*Mr. J. Bruce Kremer,* and *Mr. George H. Busch,* for Appellant.

*Mr. James Donovan, Attorney General,* for the State.